FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2019 JUN 24 A 11: 07

ALEXANDRIA DIVISION

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-290 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| FAQIR ABDUL-MUNIR, | ) | Court Date: July 8, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7141745)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 29, 2019, at Marine Corps Base, Quantico, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, FAQIR ABDUL-MUNIR, did unlawfully steal, purloin, and knowingly convert to his use or the use of another, property of the United States or any department or agency thereof, specifically: one (1) pair of pants, the property of the Marine Corps Exchange, said property having a value of less than one thousand ($1,000) dollars.

(Violation of Title 18, United States Code, Section 641)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __24__ day of June 2019 to the defense counsel.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov